

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karel Spikes<br><br>**Plaintiff,**<br><br>V.<br><br>Jose Luis Sanchez; Maria Delaluz Sanchez; Babylons Garden, a business entity whose form is unknown; Does 1 through 10, Inclusive<br><br>**Defendant.** | Civil Action No. 19cv535-MMA(MDD)<br><br>DEFAULT JUDGMENT<br>IN A CIVIL CASE |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiff's motion for default judgment against Defendant Jose Luis Sanchez. The Court awards Plaintiff $4,000 in statutory damages and $4,369.40 in attorney's fees and costs. The Court orders Defendant to provide and designate accessible parking, and a path to the store entrance, in compliance with the Americans with Disabilities Act Accessibility Guidelines to the property located at 1201 Greenfield Drive, El Cajon, CA 92021.

Date: 8/5/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy